IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAPHNE TURNER-GOLDEN, citizen and resident of Memphis, Tennessee, and CITY OF MEMPHIS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:12-0765 Judge Trauger |
| v. | ) ) | |
| TRE HARGETT, Secretary of State, and MARK GOINS, Tennessee Coordinator of Elections, all in their official capacity only, | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

It is hereby **ORDERED** that the defendants shall file responses by Monday, August 13, 2012, to the Plaintiffs' Motion For Leave to File Second Amended Complaint (Docket No. 41) and Motion For Order Certifying Questions to The Tennessee Supreme Court (Docket No. 43).

It is so **ORDERED**.

ENTER this 8th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge